IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GENARO ESPARZA GONZALEZ,<br>    Petitioner,<br><br>V.<br><br>UNITED STATES OF AMERICA<br>    Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO. B-05-049<br>§   CRIMINAL ACTION NO. B-04-369<br>§<br>§<br>§ |

## ORDER

Pending is the Magistrate Judge's June 2, 2006, Report and Recommendation in the above-referenced cause of action. [Docket No. 6]  No objections have been lodged by either side and the time for doing so has expired.  Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**, that Mr. Esparza Gonzalez' Motion for Reduction of Sentence/Motion to Vacate, Set Aside or Correct Sentence [Docket No. 1] is **DENIED** and the case is hereby **DISMISSED**.

Signed this 5th day of July, 2006.

_____
Andrew S. Hanen
United States District Judge